AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 3:20-mj-00216 |
| | ) | |
| KRISTOPHER MICHAEL DONNELLY | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   August 5th & 8th, 2020   in the county of   Multnomah   in the
_____ District of   Oregon  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder - Intentionally Obstructing, Impeding, Interfering with Law Enforcement Officers Engaged in Official Duties |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Joseph Youngblood

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Joseph O. Youngblood
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at   5:35   a.m./p.m.

Date: 08/26/2020

*Judge's signature*

City and state:   Portland, Oregon        Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*